Certificate Number: 05781-TXE-DE-041282511

Bankruptcy Case Number: 26-42666



05781-TXE-DE-041282511

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 3:19 o'clock PM PDT, Juan Garcia Piedrahita completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date:   August 3, 2026                    By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President